

# IN THE
# TENTH COURT OF APPEALS

## No. 10-14-00205-CR

**CHRISTOPHER JASON HALL,**

**Appellant**

 **v.**

**THE STATE OF TEXAS,**

**Appellee**

**From the 220th District Court
Bosque County, Texas
Trial Court No. 06-11-14071 BCCR**

## O R D E R

Counsel for appellant filed an *Anders*[1] brief. After the Court was notified that the record had been provided to appellant, the Court set the time for appellant's pro se brief or other response to counsel's *Anders* brief to be due within 45 days.

Appellant has filed a motion for extension of time to file a petition for discretionary review. A petition for discretionary review is premature because a judgment has not yet been issued by this Court in this matter. TEX. R. APP. P. 68.2.

---

[1] *Anders v. California*, 386 U.S. 738, 87 S. Ct. 1396, 18 L. Ed. 2d 493 (1967).

Further, because appellant's original counsel on appeal has been removed and new counsel has been appointed, our 45-day timetable for appellant to file a pro se brief or other response is set aside and a response is not due at this time.

Accordingly, appellant's First Motion for Extension of Time to File Petition for Discretionary Review is dismissed as moot.


PER CURIAM

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
45 day response set aside; motion dismissed as moot
Order issued and filed January 29, 2015

